IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-490-WYD-BNB

PATRICIA SIMMERS,

Plaintiff,

v.

ACCUCODE, a Colorado corporation,

Defendant\.

_____

**ORDER**
_____

This case is set for a settlement conference on November 2, 2005, at 10:30 a.m.  The parties suggest that a settlement conference at this time is premature and request that it be reset after certain discovery has occurred.  Accordingly,

IT IS ORDERED that the settlement conference set for November 2, 2005, is VACATED and RESET to **January 24, 2006, at 10:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties, on or before **January 17, 2006**, shall submit supplemental confidential settlement statements to my chambers only containing a discussion of the facts and issues in the case and also containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated October 27, 2005.

                              BY THE COURT:

                              /s/ Boyd N. Boland
                              United States Magistrate Judge