IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-490-WYD-BNB

PATRICIA SIMMERS,

    Plaintiff,

v.

ACCUCODE, a Colorado corporation,

    Defendant.

**ORDER**

    THIS MATTER is before the Court on the parties' Joint Dismissal With Prejudice, filed November 10, 2005.  After a careful review of the Joint Dismissal and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**.  It is

    FURTHER ORDERED that the claims and causes of action asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**, each side to bear his or her own attorneys' fees and costs.  It is

    FURTHER ORDERED that the claims and causes of action asserted by Defendant against Plaintiff are **DISMISSED WITH PREJUDICE**, each side to bear his or her own attorneys' fees and costs.

.

Dated: November 10, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge